# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES E. HOWARD

NO. 2022 KW 0731

**OCTOBER 11, 2022**

---

In Re:    Charles E. Howard, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 348,690.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

---
DEPUTY CLERK OF COURT
     FOR THE COURT